**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 5, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-23-00334-CV**
_____

**JAMES ALBERT JENNINGS, Appellant**

**V.**

**WENDY MOYER AND BRIAN MOYER, Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-09460**

## MEMORANDUM OPINION

This is an appeal from an order signed April 28, 2023. On September 13, 2023, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Hassan.